UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRISCILLA WALKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-835** |
| **JEFFERSON PARISH SHERIFF NEWELL NORMAND, ET AL.** | **SECTION "H"(1)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motion to dismiss filed by Commissioner Patricia Joyce, Rec. Doc. 24, is **GRANTED** and that the claims against her are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 14th day of August, 2014.

_____
**UNITED STATES DISTRICT JUDGE**