**UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

**MEDRIC AYCHE ET AL**

**VERSUS**

**JEFFERSON PARISH SHERIFF**

**NEWELL NORMAND, ET AL.**

**CIVIL ACTION**

**NO. 14-835**

**SECTION: "H"(1)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that all of plaintiff's claims against the remaining defendants are **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

New Orleans, Louisiana, this 17th day of November, 2014.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**